IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CARL B. COLLINS AND FARZIN DAVANLOO, | Case No. 2:09-cv-219 |
| Plaintiffs, | |
| v. | JURY TRIAL DEMANDED |
| WESTERN DIGITAL TECHNOLOGIES, INC., *et al.*, | |
| Defendants. | |

## DOCKET CONTROL ORDER

In accordance with the case status conference held herein on the 7th day of May, 2010, it is hereby

**ORDERED** that the following schedule of deadlines is in effect until further order of this court:

| | |
|---|---|
| June 4, 2012 | Jury Selection - 9:00 a.m. in **Marshall, Texas** |
| May 29, 2012 | Pretrial Conference – 9:30 a.m. in **Marshall, Texas** |
| May 21, 2012 | Joint Pretrial Order, Joint Proposed Jury Instructions and Form of the Verdict. |
| May 4, 2012 | **Motions in *Limine* Due** |

The parties are ordered to **meet and confer** on their respective motions *in limine* and **advise the court of any agreements in this regard by 1:00 p.m. three (3) business days before** the pretrial conference.  The parties shall limit their motions *in limine* to those issues which, if improperly introduced into the trial of the case would be so prejudicial that the court could not alleviate the prejudice with

appropriate instruction(s).

May 4, 2012      **Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings.**  If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Susan Simmons, at lssimmons@yahoo.com.

May 15, 2012      Response to *Daubert* motions[1]

     **Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e).   Motions for Summary Judgment shall comply with Local Rule CV56.**

April 30, 2012      Deadline for filing *Daubert* Motions and any other motions that may require a hearing (Subject to the Limitations on Motion Practice contained in this Docket Control Order).

May 11, 2012      Defendant to Identify Trial Witnesses

May 4, 2012      Plaintiff to Identify Trial Witnesses

January 31, 2012      Mediation to be completed

January 16, 2012      Sur-reply in opposition to Dispositive Motions due

January 6, 2012      Reply in support of Dispositive Motions due

December 16, 2011      Response to Dispositive Motions due

---

[1]     The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein the court will assume that the party has no opposition." Local Rule CV-7(e) provides that a party opposing a motion has **12 days, in addition to any added time permitted under Fed. R. Civ. P. 6(e)**, in which to serve and file a response and any supporting documents, after which the court will consider the submitted motion for decision.

November 25, 2011  Dispositive Motions due.   (Subject to the Limitations on Motion Practice contained in this Docket Control Order).

November 1, 2011  Discovery Deadline

**60** Days after claim construction ruling
Designate Rebuttal Expert Witnesses other than claims construction
Expert witness report due
Refer to Discovery Order for required information.

**30** Days after claim construction ruling
Comply with P.R. 3-7.

**30** Days after claim construction ruling

Party with the burden of proof to designate Expert Witnesses other than claims construction
Expert witness report due
Refer to Discovery Order for required information.

May 17, 2011  Claim construction hearing 9:00 a.m., **Marshall, Texas.**

April 15, 2011  Comply with P.R. 4-5(c).

April 1, 2011  Comply with P.R. 4-5(b).

March 11, 2011  Comply with P.R. 4-5(a).

March 4, 2011  Discovery deadline-claims construction issues

April 21, 2011  Respond to Amended Pleadings

March 31, 2011  Amend Pleadings
**(It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings except to the extent the amendment seeks to add a new patent in suit.  It is necessary to file a Motion**

| | |
|---|---|
| | **for Leave to Amend after the amended pleadings date set forth herein.)** |
| January 28, 2011 | Comply with P.R. 4-3. |
| December 20, 2010 | Comply with P.R. 4-2. |
| November 30, 2010 | Comply with P.R. 4-1 |
| December 15, 2010 | Privilege Logs to be exchanged by parties (or a letter to the Court by January 31, 2011 stating that there are no disputes as to claims of privileged documents). |
| November 15, 2010 | Join Additional Parties |
| July 12, 2010 | Comply with P.R. 3-3 and 3-4. |
| May 28, 2010 | Comply with P.R. 3-1 and 3-2. |

## LIMITATIONS ON MOTIONS PRACTICE

**Summary Judgment Motions:**  Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion.  The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing Motions to Strike or Daubert Motions.  Answering letter briefs in each of those matters shall be no longer than five (5) pages and filed with the Court no later than fourteen (14) days thereafter.  Reply letter briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than five (5) days thereafter. The Court may decide the question on the submission or hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted.

**Motions to Strike Expert Testimony/Daubert Motions:**  Prior to filing any Motions to Strike or Daubert Motions, the parties must submit letter briefs seeking permission to file the motion.  The opening letter brief in each of those matters shall be no longer than three (3) pages and shall be filed with the Court no later than sixty (60) days before the deadline for filing Motions to Strike or Daubert Motions.  Answering letter briefs in each of those matters shall be no longer than three (3) pages and filed with the Court no later than fourteen (14) days thereafter.  Reply letter briefs in each of those matters shall be no longer than two (2) pages and filed with the Court no later than five (5) days thereafter.  The Court may hold a hearing or telephone conference to hear arguments and to determine whether the filing of any motion will be permitted.

For all of the above mentioned motions, the letter briefs shall be filed without exhibits.  Any requests to submit letter briefs after the deadlines outlined above must show good cause.

## OTHER LIMITATIONS

1.  All depositions to be read into evidence as part of the parties' case-in-chief shall be **EDITED** so as to exclude all unnecessary, repetitive, and irrelevant testimony; **ONLY** those portions which are relevant to the issues in controversy shall be read into evidence.

2.  The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter .  See Eastern District of Texas Local Rule CV-7(h).

3.  The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

    (a)  The fact that there are motions for summary judgment or motions to dismiss pending;

    (b)  The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

    (c)  The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

SIGNED this  1st  day of June, 2010.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE