**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| CARL B. COLLINS AND FARZIN DAVANLOO, | § § § | |
| Plaintiffs, | § § | Case No. 2:09-cv-219 (TJW) |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § | |
| WESTERN DIGITAL TECHNOLOGIES, INC., SEAGATE TECHNOLOGY, SEAGATE TECHNOLOGY LLC, FUJITSU LIMITED, FUJITSU COMPUTER PRODUCTS OF AMERICA, INC., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI GLOBAL STORAGE TECHNOLOGIES, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., BUFFALO INC., BUFFALO TECHNOLOGY (USA), INC., EMC CORPORATION, IMATION CORP., LA CIE, S.A., LA CIE, LTD., SYSTEMAX, INC., COMPUSA.COM INC., J & R ELECTRONICS, INC., AND TIGERDIRECT, INC., | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF ACTION IN A RELATED MATTER

On August 16, 2010, Western Digital Technologies, Inc. & Hitachi Global Storage Technologies, Inc. filed a Complaint for Declaratory Judgment against Plaintiffs Carl B. Collins and Farzin Davanloo ("Plaintiffs") in the United States District Court for the Northern District of California, Oakland Division *(Western Digital Technologies, Inc. et al v. The Board of Regents*

*of the University of Texas System et al, Case No. 4:10-cv-03595).* On October 26, 2010 Plaintiffs filed a Motion to Dismiss or Transfer (Dkt. 29). Plaintiffs hereby give notice that on January 12, 2011, the judge in that action granted Plaintiffs' motion to transfer venue to the Eastern District of Texas.

A true and correct copy of the Order Granting Defendants' Motion to Transfer in said action is attached hereto as Exhibit "A."

January 13, 2011                                Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Robert P. Latham
Attorney-in-Charge
Texas Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Sara K. Borrelli
Texas Bar No. 24037705
sborrelli@jw.com
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

**ATTORNEYS FOR PLAINTIFF**

Of Counsel:
T. Ling Chwang
Texas Bar No. 04250350
lchwang@jw.com
**JACKSON WALKER L.L.P.**
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone:  (214) 953-6000
Facsimile:  (214) 953-5822

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 13th day of January, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux